People of the State of Illinois, Plaintiff-Appellee, v. Robert Shannon, Defendant-Appellant.

Gen. No. 49,658.

First District, Second Division.

February 16, 1965.

Morris Gordon Meyers, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Kenneth L. Gillis, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.